# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2484

_____

Elijah and Mary Stiny Trusts

*In Re: - Appellee*

G.S. Brant Perkins, as co-trustee of the Elijah G. and Mary Moore Stiny Survivor's Trust and co-trustee of the Elijah G and Mary Moore Stiny Exemption Trust; Jonathan Tinsley, personal representative for the Estate of Rena Wood, for Jason Wood, successor to Rena Wood

*Petitioners - Appellees*

v.

Eli Stiny

*Respondent - Appellant*

Andrew Stiny; Alexis Stiny; Christopher Sorley; Alison Sorley; Elijah Nicholas Stiny; Georgia Elizabeth Stiny Ratzenberger; Nina Ratzenberer Papadakis; James Ratzenberger; Julianne Stiny; Patricia Alice Stiny Wynne Sorley; John Moore; Jason Baker; Jessica Baker; Chadd Baker Moore; Corbyn Martin; Sterling Martin; Sheela L. Martin; Ian Moore; Peoples Faith Tabernacle; Helen Robins; Wesley Gates, Special Administrator of the Estate of Joann Gates Harris; Linda Davis; Joyce Roberts; Janet Brand; Peggy Miles; Tom Moore; Vernon Moore; Chatel Lynn Singh; Summer D'Nea Oldenburg; Carissa Hope Oldenburg

*Respondents*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern

_____

Submitted: April 13, 2026
Filed: April 16, 2026
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this trust litigation, Eli Stiny appeals following the district court's[1] denial of a request for an accounting and the court's order approving the sale of certain trust property. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.